UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**James Boyd Campbell**
5405 West Teal Drive
Fairburn, GA 30213

**xxx–xx–2260**

**Tammy Jeanne Campbell**
5405 West Teal Drive
Fairburn, GA 30213

**xxx–xx–4119**

Case No.: **09–89260–pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Mary Ida Townson**

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Dated: August 16, 2010
Form 184